IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00844-RJC-SCR

| | |
|---|---|
| MICHAEL PATRICK NORRIS, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| HONEYWELL INTERNATIONAL, ) | |
| INC., et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael S. Burkhardt, Anne Marie Estevez and Joseph D. Magrisso]" (Doc. Nos. 87-89) filed December 15, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 15, 2023

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge